JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFI WESTERN STORES, INC., a Missouri corporation, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-02521-JVS-ADS<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Upon consideration of the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Hollie Harris and Defendant PFI Western Stores, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: December 18. 2020

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE